UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE KATZ, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>vs.<br><br>BLINK HEALTH, INC.,<br><br>   *Defendant*.<br>_____/ | **Case No. 1:23-cv-00795-RA**<br><br><br>**NOTICE OF**<br>**VOLUNTARY DISMISSAL** |

Plaintiff Bruce Katz ("Plaintiff") hereby voluntarily dismisses the above-captioned action in its entirety without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: New York, New York
       April 6, 2023

                          **KAZEROUNI LAW GROUP, APC**

By: _____
       Ross Schmierer, Esq.
       48 Wall Street, Suite 1100
       New York, New York 10005
       Telephone: (800) 400-6808
       Facsimile:  (800) 520-5523
       Email: ross@kazlg.com

       *Counsel for Plaintiff*